**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 16-60498-CIV-MARTINEZ-GOODMAN

MYCOSKIE, LLC,

Plaintiff,

vs.

HUANGFEN19790425, *et al.*,

Defendants.
_______________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL,**
**WITHOUT PREJUDICE, OF DOES 1-10**

Plaintiff, Mycoskie, LLC, by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of Defendants Does 1-10.

DATED: December 27, 2016.

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: **s/Christine Ann Daley**______________
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar. No. 98482)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Christine@smgpa.net

Attorneys for Plaintiff, Mycoskie, LLC